UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
THOMAS LEDALE LEE,              )
                                )
    Plaintiff,                  )
                                )
        v.                      )   NO. 3:10-0561
                                )   Judge Haynes/Bryant
AUSTIN BODIE, Administrator,    )
and ABL MANAGEMENT, INC.,       )
                                )
    Defendants.                 )
```

**O R D E R**

The Court has granted plaintiff's motion for leave to proceed in forma pauperis (Docket Entry No. 9), and has referred this case to the undersigned Magistrate Judge for case management including, but not limited to, a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B).

From a review of the complaint, the allegations of which are accepted as true for this analysis, it appears that plaintiff has stated at least one nonfrivolous claim for relief. In substance, plaintiff alleges that defendants have failed and refused to provide him with kosher food required by his religion in violation of his rights under the Establishment Clause of the First Amendment, and that defendants have retaliated against him by placing him in segregation in response to his numerous grievances regarding his food.

Accordingly, the Clerk is instructed to send plaintiff a service packet (a blank summons and USM-285 form) for each defendant named in this action. Plaintiff shall complete these

service packets and return them to the Clerk's Office within twenty-one (21) days of the date of receipt of this order. Upon return of the service packets, process shall issue to the defendants. Plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action. Plaintiff is also forewarned that his prosecution of this action may be jeopardized should he fail to keep the Clerk's Office informed of his current address.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge