IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS LEDALE LEE,                    )
                                      )
        Plaintiff,                    )          CASE NO. 3:10-0561
                                      )          JUDGE HAYNES
v.                                    )
                                      )
AUSTIN BODIE, Administrator, and      )
ABL MANAGEMENT, INC.,                 )
                                      )
        Defendants.                   )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry

No. 18) recommending that his action be dismissed under Fed. R. Civ. P. 41 for the Plaintiff's

failure to comply with the Court's Order (Docket Entry No. 15). Plaintiff has not filed any

objections to the Report and Recommendation. Yet, upon review of the file, the Clerk mailed a

copy of the Report and Recommendation in this action to the Plaintiff on June 5, 2012. (Docket

Entry No. 19). The Order was returned to the Court as "Returned as Undeliverable." (Docket

Entry No. 20).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known

address. It is a party's responsibility to inform the Court of his address so as to enable the Court

to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D.

Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new

address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, upon the Court's own motion, this action is **DISMISSED with prejudice**

1

under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the 27 day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge